**MICHAEL N. FEUER,** City Attorney - SBN 111529x
**THOMAS H. PETERS,** Chief Assistant City Attorney
**CORY M. BRENTE,** Assistant City Attorney
**DENISE C. ZIMMERMAN**, Deputy City Attorney - SBN 191992
denise.zimmerman@lacity.org
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Telephone No.: (213) 978-7032
Facsimile No.:  (213) 978-8785

*Attorneys for Defendants* CITY OF LOS ANGELES, LOS ANGELES POLICE
OFFICERS **JOHN CARLYLE**, KANE CHIU, OSCAR CORDOBA, SAUL MORAN,
JOSEPH MARX, RYAN PEAKE, CLIFTON ROSE, AND SERGEANT BORIS
WASHINGTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYVEN VINSON, an Individual; CHRISTIAN SUTTON an Individual; OLAOLUWA BAYODE, an Individua; DEBBIE RUMBO, an Individual; FRANCES WANG, an Individual, and JASON SNEED, an Individual, | Case No.: CV14-4488PLA |
| | Assigned to: U.S. Magistrate Judge Hon. Paul L. Abrams |
| *Plaintiffs,* | |
| vs. | **ANSWER OF DEFENDANT LAPD OFFICER JOHN CARLYLE TO TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL** |
| CITY OF LOS ANGELES; A Public entity; UNIVERSITY OF SOUTHERN CALIFORNIA, A Private Corporate Entity; LAPD OFFICER CARLYLE; LAPD OFFICER ROSE; LAPD OFFICER MORAN; LAPD OFFICER ROCKETT; LAPD OFFICER PEAKE; LAPD OFFICER CHIU; LAPD OFFICER WOLFCHIEF; LAPD OFFICER AYALA; LAPD OFFICER CORDOBA; LAPD SERGEANT WASHINGTON; LAPD OFFICER BARRIENTOS; LAPD OFFICER MARX; and DOE DEFENDANTS 1-50, Inclusive; | |
| *Defendants.* | |

Defendant **LOS ANGELES POLICE OFFICER JOHN CARLYLE**
answers the Complaint for Damages for himself and for no other party, admits, denies
and alleges as follows:

1.      Answering paragraph 1, no factual allegations are made therein, and on

1

that basis the paragraph goes unanswered.

2.    Answering paragraph 2, defendant denies the allegations contained therein.

3.    Answering paragraph 3, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

4.    Answering paragraph 4, defendant admits the allegations contained therein.

5.    Answering paragraph 5, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

6.    Answering paragraph 6, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

7.    Answering paragraph 7, defendant denies the allegations contained therein.

8.    Answering paragraph 8, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

9.    Answering paragraph 9, defendant denies the allegations contained therein.

10.    Answering paragraph 10, defendant denies the allegations contained therein.

11.    Answering paragraph 11, defendant denies the allegations contained therein.

12.    Answering paragraph 12, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

13.    Answering paragraph 13, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

14.    Answering paragraph 14, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

15.    Answering paragraph 15, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

16.    Answering paragraph 16, defendant denies the allegations contained therein.

17.    Answering paragraph 17, defendant denies the allegations contained therein.

18.    Answering paragraph 18, defendant denies the allegations contained therein.

19.    Answering paragraph 19, defendant denies the allegations contained therein.

20.  Answering paragraph 20, defendant denies the allegations contained therein.

21.  Answering paragraph 21, defendant denies the allegations contained therein

22.  Answering paragraph 22, defendant denies the allegations contained therein.

23.  Answering paragraph 23, defendant denies the allegations contained therein.

24.  Answering paragraph 24, defendant denies the allegations contained therein.

25.  Answering paragraph 25, defendant denies the allegations contained therein.

26.  Answering paragraph 26, defendant denies the allegations contained therein.

27.  Answering paragraph 27, defendant denies the allegations contained therein.

28.  Answering paragraph 28, defendant denies the allegations contained therein.

29.  Answering paragraph 29, defendant denies the allegations contained therein.

30.  Answering paragraph 30, defendant denies the allegations contained therein.

31.  Answering paragraph 31, defendant denies the allegations contained therein.

32.  Answering paragraph 32, defendant denies the allegations contained therein.

33.  Answering paragraph 33, defendant denies the allegations contained therein.

34.  Answering paragraph 34, defendant denies the allegations contained therein.

35.  Answering paragraph 35, defendant denies the allegations contained therein.

36.  Answering paragraph 36, defendant denies the allegations contained therein.

37.  Answering paragraph 37, defendant denies the allegations contained therein.

38.  Answering paragraph 38, defendant denies the allegations contained therein.

39.  Answering paragraph 39, defendant denies the allegations contained therein.

40.  Answering paragraph 40, defendant denies the allegations contained therein.

41.  Answering paragraph 41, defendant denies the allegations contained therein.

42.  Answering paragraph 42, defendant denies the allegations contained therein.

43.  Answering paragraph 43, defendant denies the allegations contained therein.

44.  Answering paragraph 44, defendant denies the allegations contained therein.

45.  Answering paragraph 45, defendant denies the allegations contained therein.

46.  Answering paragraph 46, defendant denies the allegations contained therein.

47.  Answering paragraph 47, defendant denies the allegations contained therein.

48.     Answering paragraph 48, defendant denies the allegations contained therein.

49.     Answering paragraph 49, defendant denies the allegations contained therein.

50.     Answering paragraph 50, defendant denies the allegations contained therein.

51.     Answering paragraph 51, defendant denies the allegations contained therein.

52.     Answering paragraph 52, defendant denies the allegations contained therein.

53.     Answering paragraph 53, defendant denies the allegations contained therein.

54.     Answering paragraph 54, defendant denies the allegations contained therein.

55.     Answering paragraph 55, defendant denies the allegations contained therein.

56.     Answering paragraph 56, defendant denies the allegations contained therein.

57.     Answering paragraph 57, defendant denies the allegations contained therein.

58.     Answering paragraph 58, defendant denies the allegations contained therein.

59.     Answering paragraph 59, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

60.     Answering paragraph 60, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

61.     Answering paragraph 61, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

62.     Answering paragraph 62, defendant denies the allegations contained therein.

63.     Answering paragraph 63, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

64.     Answering paragraph 64, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

65.     Answering paragraph 65, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

66.     Answering paragraph 66, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

67.     Answering paragraph 67, the cause of action is not alleged against the answering defendants, and on that basis the paragraph goes unanswered.

68.     Answering paragraph 68, defendant denies the allegations contained therein.

69.     Answering paragraph 69, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

70.     Answering paragraph 70, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

71.     Answering paragraph 71, defendant denies the allegations contained therein.

72.     Answering paragraph 72, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

73.     Answering paragraph 73, defendant denies the allegations contained therein.

74.     Answering paragraph 74. defendant denies the allegations contained therein.

75.     Answering paragraph 75, defendant denies the allegations contained therein.

76.     Answering paragraph 76, defendant denies the allegations contained therein.

77.     Answering paragraph 77, defendant denies the allegations contained therein.

78.     Answering paragraph 78, defendant denies the allegations contained therein.

79.     Answering paragraph 79, defendant denies the allegations contained therein.

80.     Answering paragraph 80, defendant denies the allegations contained therein.

81.     Answering paragraph 81, defendant denies the allegations contained therein.

82.     Answering paragraph 82, defendant denies the allegations contained therein.

83.     Answering paragraph 83, defendant denies the allegations contained therein.

84.     Answering paragraph 84, defendant denies the allegations contained therein.

85.     Answering paragraph 85, defendant denies the allegations contained therein.

86.     Answering paragraph 86, defendant denies the allegations contained therein.

87.     Answering paragraph 87, defendant denies the allegations contained therein.

88.     Answering paragraph 88, defendant denies the allegations contained therein.

89.     Answering paragraph 89, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

90.     Answering paragraph 90, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

91.     Answering paragraph 91, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

92.     Answering paragraph 92, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

93.     Answering paragraph 93, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

94.     Answering paragraph 94, defendant denies the allegations contained therein.

95.     Answering paragraph 95, defendant denies the allegations contained therein.

96.     Answering paragraph 96, defendant denies the allegations contained therein.

97.     Answering paragraph 97, defendant denies the allegations contained therein.

98.     Answering paragraph 98, defendant denies the allegations contained therein.

99.     Answering paragraph 99, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

100.    Answering paragraph 100, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

101.    Answering paragraph 101, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

102.    Answering paragraph 102, defendant denies the allegations contained therein.

103.    Answering paragraph 103, defendant denies the allegations contained therein.

104.    Answering paragraph 104, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

105.    Answering paragraph 105, defendant denies the allegations contained

6

therein.

106.    Answering paragraph 106, defendant denies the allegations contained therein.

107.    Answering paragraph 107, defendant denies the allegations contained therein.

108.    Answering paragraph 108, defendant denies the allegations contained therein.

109.    Answering paragraph 109, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

110.    Answering paragraph 110, defendant denies the allegations contained therein.

111.    Answering paragraph 111, defendant denies the allegations contained therein.

112.    Answering paragraph 112, defendant denies the allegations contained therein.

113.    Answering paragraph 113, defendant denies the allegations contained therein.

114.    Answering paragraph 114, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

115.    Answering paragraph 115, defendant denies the allegations contained therein.

116.    Answering paragraph 116, defendant denies the allegations contained therein.

117.    Answering paragraph 117, defendant denies the allegations contained therein.

118.    Answering paragraph 118, defendant denies the allegations contained

therein.

119.    Answering paragraph 119, defendant denies the allegations contained therein.

120.    Answering paragraph 120, defendant denies the allegations contained therein.

121.    Answering paragraph 121, defendant denies the allegations contained therein.

122.    Answering paragraph 122, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporate by reference the answers provided herein to those paragraphs.

123.    Answering paragraph 123, defendant denies the allegations contained therein.

124.    Answering paragraph 124, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

125.    Answering paragraph 125, defendant denies the allegations contained therein.

126.    Answering paragraph 126, defendant denies the allegations contained therein.

127.    Answering paragraph 127, defendant denies the allegations contained therein.

128.    Answering paragraph 128, defendant denies the allegations contained therein.

129.    Answering paragraph 129, defendant denies the allegations contained therein.

130.    Answering paragraph 130, defendant denies the allegations contained therein.

131.    Answering paragraph 131, defendant denies the allegations contained therein.

132.   Answering paragraph 132, defendant denies the allegations contained therein.

133.   Answering paragraph 133, defendant denies the allegations contained therein.

134.   Answering paragraph 134, defendant denies the allegations contained therein.

135.   Answering paragraph 135, defendant denies the allegations contained therein.

136.   Answering paragraph 136, defendant denies the allegations contained therein.

137.   Answering paragraph 137, defendant denies the allegations contained therein.

138.   Answering paragraph 138, defendant denies the allegations contained therein.

139.   Answering paragraph 139, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporate by reference the answers provided herein to those paragraphs.

140.   Answering paragraph 140, defendant denies the allegations contained therein.

141.   Answering paragraph 141, defendant denies the allegations contained therein.

142.   Answering paragraph 142, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

143.   Answering paragraph 143, defendant denies the allegations contained therein.

144.   Answering paragraph 144, defendant denies the allegations contained therein.

145.   Answering paragraph 145, defendant denies the allegations contained

therein.

146.   Answering paragraph 146, defendant denies the allegations contained therein.

147.   Answering paragraph 147, defendant denies the allegations contained therein.

148.   Answering paragraph 148, defendant denies the allegations contained therein.

149.   Answering paragraph 149, defendant denies the allegations contained therein.

150.   Answering paragraph 150, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporate by reference the answers provided herein to those paragraphs.

151.   Answering paragraph 151, defendant denies the allegations contained therein.

152.   Answering paragraph 152, defendant denies the allegations contained therein.

153.   Answering paragraph 153, defendant denies the allegations contained therein.

154.   Answering paragraph 154, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

155.   Answering paragraph 155, defendant denies the allegations contained therein.

156.   Answering paragraph 156, defendant denies the allegations contained therein.

157.   Answering paragraph 157, defendant denies the allegations contained therein.

158.   Answering paragraph 158, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporate by

reference the answers provided herein to those paragraphs.

159.   Answering paragraph 159, defendant denies the allegations contained therein.

160.   Answering paragraph 160, defendant denies the allegations contained therein.

161.   Answering paragraph 161, defendant denies the allegations contained therein.

162.   Answering paragraph 162, defendant denies the allegations contained therein.

163.   Answering paragraph 163, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

164.   Answering paragraph 164, defendant denies the allegations contained therein.

165.   Answering paragraph 165, defendant denies the allegations contained therein.

166.   Answering paragraph 166, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporate by reference the answers provided herein to those paragraphs.

167.   Answering paragraph 167, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

168.   Answering paragraph 168, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

169.   Answering paragraph 169, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

170.   Answering paragraph 170, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

171.   Answering paragraph 171, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

172.   Answering paragraph 172, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

173.   Answering paragraph 173, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

174.   Answering paragraph 174, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

175.   Answering paragraph 175, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

176.   Answering paragraph 176, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

177.   Answering paragraph 177, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

178.   Answering paragraph 178, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

179.   Answering paragraph 179, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

180.   Answering paragraph 180, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

181.   Answering paragraph 181, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

182.   Answering paragraph 182, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

183.   Answering paragraph 183, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

184.   Answering paragraph 184, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

185.   Answering paragraph 185, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

186.   Answering paragraph 186, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

187.   Answering paragraph 187, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

188.   Answering paragraph 188, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

189.   Answering paragraph 189, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

190.   Answering paragraph 190, the cause of action is not alleged against the answering defendant, and on that basis the paragraph goes unanswered.

## **AFFIRMATIVE DEFENSES**

As separate and distinct affirmative defenses, defendant alleges each of the following:

1.   The damages alleged were directly and proximately caused and contributed to by the negligence of Plaintiffs, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

2.   The damages alleged were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

3.   Plaintiffs had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

4.   The force used against plaintiffs, if any, was caused and necessitated by the actions of plaintiffs, and was reasonable and necessary for the defense of others.

5.   The force used against plaintiffs, if any, was caused and necessitated by the plaintiffs, and was reasonable and necessary for self defense.

6.    The claims are barred by the statute of limitations set forth in California Code of Civil Procedure §340(3).

7.    The state claims are barred for plaintiffs' failure to comply with the provisions of the California Tort Claims Act, Government Code § 910 et seq.

8.    The action is barred by the doctrine of res judicata.

9.    Defendant's action is privileged pursuant to Civil Code section 47.

10.    As to the federal claims and theories of recovery, the answering defendant is protected from liability under the doctrine of qualified immunity, because defendant's conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

11.    Plaintiffs failed to mitigate their damages.

12.    The answering defendant is immune from liability for all damages sustained after the prosecutor initiated criminal charges, pursuant to Smiddy v. Varney, 803 F.2d 1469 (9th Cir. 1986) and Jackson v. City of San Diego, 121 Cal.App.3d 579 (1981).

13.    Defendant City of Los Angeles and all defendants sued in their official capacities are immune from the imposition of punitive damages.

14.    As to the federal claims and theories of recovery, the answering defendant is protected from liability under the doctrine of prosecutorial immunity.

15.    As to the federal claims and theories of recovery, the answering defendant is protected from liability under the doctrine of witness immunity.

16.    Defendant is immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code §§ 815, 815.2; 818; 820.2; 820.4; 820.8; 835.4; 844.6; 845.6; 845.8; 850.8; 855.6; 822.2 and 821.6.

Civil Code §§ 3333.3;

Penal Code §§ 835a; 836.5 and 847

**DEMAND FOR JURY TRIAL**

1

2          Defendant hereby demands and requests a trial by jury in this matter.

3          WHEREFORE, defendant prays for judgment as follows:

4          1. That plaintiffs take nothing by this action;

5          2. That the action be dismissed;

6          3. That defendant be awarded costs of suit;

7          4. That defendant be awarded other and further relief as the Court may

8    deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C.

9    § 1988.

10          DATED:   August 29, 2014

11                                 **MIKE FEUER**, City Attorney
                                   **THOMAS H. PETERS**, Chief Assistant City Attorney
12                                 **CORY M. BRENTE**, Supervising Asst. City Attorney
                                   **DENISE C. ZIMMERMAN**, Deputy City Attorney
13

14                                          */S/ Denise C. Zimmerman*
                                   By: _____
15                                      **DENISE C. ZIMMERMAN,**
                                          **Deputy City Attorney**
16
                                   *Attorneys for Defendants*
17                                 **CITY OF LOS ANGELES, LOS ANGELES POLICE**
                                   **OFFICERS JOHN CARLYLE, KANE CHIU, OSCAR**
18                                 **CORDOBA, SAUL MORAN, JOSEPH MARX, RYAN**
                                   **PEAKE, CLIFTON ROSE, AND SERGEANT BORIS**
19                                 **WASHINGTON**

20

21

22

23

24

25

26

27

28