UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 14-4488-PLA                                              Date  December 18, 2014

Title: Rayven Vinson, et al. v. City of Los Angeles, et al.

---

PRESENT: THE HONORABLE     PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**        (IN CHAMBERS)

During the course of the December 16, 2014, hearing on defendant University of Southern California's Motion to Dismiss First Amended Complaint (the "Motion"), counsel for plaintiffs presented certain additional factual allegations not contained in the First Amended Complaint that could support the various claims raised in that document. Having considered the pleadings filed in connection with the Motion, and the arguments made at the hearing on the Motion, the Court concludes that plaintiffs will be afforded **one final opportunity** to present a complaint that includes **all** facts they want the Court to consider in determining the sufficiency of the allegations raised against defendant University of Southern California. Accordingly, defendant University of Southern California's Motion is **denied without prejudice**, and plaintiffs shall file a Second Amended Complaint **no later than January 9, 2015**. **Failure by plaintiffs to timely file a Second Amended Complaint will result in the Court ruling on the Motion based on the allegations contained in the First Amended Complaint**.

The stay on defendant University of Southern California's responses to discovery shall remain in effect until the pleadings are settled as to this defendant. Initial disclosures shall be exchanged as previously ordered.

cc:     Counsel of Record

Initials of Deputy Clerk     ch