| | |
|---|---|
| 1 | DEBRA WONG YANG, SBN 123289 |
|   | dwongyang@gibsondunn.com |
| 2 | MATTHEW A. HOFFMAN, SBN 227351 |
|   | mhoffman@gibsondunn.com |
| 3 | ROSS HALPER, SBN 253488 |
|   | rhalper@gibsondunn.com |
| 4 | ANDREW G. PAPPAS, SBN 266409 |
|   | apappas@gibsondunn.com |
| 5 | GIBSON, DUNN & CRUTCHER LLP |
|   | 333 South Grand Avenue |
| 6 | Los Angeles, CA 90071-3197 |
|   | Telephone: 213.229.7000 |
| 7 | Facsimile: 213.229.7520 |
| 8 | Attorneys for Defendants |
|   | UNIVERSITY OF SOUTHERN CALIFORNIA |
| 9 | & CHIEF JOHN THOMAS |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAYVEN VINSON, an Individual; CHRISTIAN SUTTON, an Individual; OLAOLUWA BAYODE, an Individual; DEBBIE RUMBO, an Individual; FRANCES WANG, an Individual; JASON SNEED, an Individual; and TEREMY JACKSON, an Individual,

Plaintiffs,

v.

CITY OF LOS ANGELES, a Public Entity; UNIVERSITY OF SOUTHERN CALIFORNIA, a Private Corporate Entity; CHIEF JOHN THOMAS, in his individual and official capacity as Chief of USC Department of Public Safety; LAPD OFFICER CARLYLE; LAPD OFFICER ROSE; LAPD OFFICER MORAN; LAPD OFFICER ROCKETT; LAPD OFFICER PEAKE; LAPD OFFICER CHIU; LAPD OFFICER WOLFCHIEF; LAPD OFFICER AYALA; LAPD OFFICER CORDOBA; LAPD SERGEANT WASHINGTON; LAPD OFFICER BARRIENTOS; LAPD OFFICER MARX; and DOES 1-10, Inclusive,

Defendants.

CASE NO. 14-4488-PLA

**DECLARATION OF MATTHEW A. HOFFMAN IN SUPPORT OF THE USC DEFENDANTS' *EX PARTE* APPLICATION TO STRIKE PLAINTIFFS' OPPOSITION TO THE USC DEFENDANTS' MOTION TO DISMISS**

# DECLARATION OF MATTHEW A. HOFFMAN

I, Matthew A. Hoffman, declare and state as follows:

1. I am an attorney duly licensed to practice law before all the courts of the state of California and before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and represent defendants the University of Southern California and Chief John Thomas (collectively, the "USC Defendants") in this matter. I am personally familiar with the facts set forth herein and, if called upon to do so, could and would competently testify thereto.

2. On February 17, 2015, I orally advised Shehnaz M. Bhujwala ("Ms. Bhujwala") of Boucher LLP that the USC Defendants would apply *ex parte* to strike the Opposition to Motion to Dismiss the Second Amended Complaint (the "Opposition") filed earlier that day by Brian M. Bush, also of Boucher LLP. Ms. Bhujwala subsequently represented to me that Boucher LLP would oppose the USC Defendants' instant Application.

I declare under penalty of perjury under the laws of the United States and the state of California that the foregoing is true and correct, and that this declaration was executed on February 18, 2015, in Los Angeles, California.

_____
Matthew A. Hoffman

101881768.3

Gibson, Dunn & Crutcher LLP

1

DECLARATION OF MATTHEW A. HOFFMAN IN SUPPORT OF THE USC DEFENDANTS' *EX PARTE* APPLICATION TO STRIKE