UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYVEN VINSON, an Individual; CHRISTIAN SUTTON, an Individual; OLAOLUWA BAYODE, an Individual; DEBBIE RUMBO, an Individual; FRANCES WANG, an Individual; JASON SNEED, an Individual; and TEREMY JACKSON, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a Public Entity; UNIVERSITY OF SOUTHERN CALIFORNIA, a Private Corporate Entity; CHIEF JOHN THOMAS, in his individual and official capacity as Chief of USC Department of Public Safety; LAPD OFFICER CARLYLE; LAPD OFFICER ROSE; LAPD OFFICER MORAN; LAPD OFFICER ROCKETT; LAPD OFFICER PEAKE; LAPD OFFICER CHIU; LAPD OFFICER WOLFCHIEF; LAPD OFFICER AYALA; LAPD OFFICER CORDOBA; LAPD SERGEANT WASHINGTON; LAPD OFFICER BARRIENTOS; LAPD OFFICER MARX; and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO. 14-4488-PLA<br><br>**[PROPOSED] ORDER GRANTING THE USC DEFENDANTS'** *EX PARTE* **APPLICATION TO STRIKE PLAINTIFFS' OPPOSITION TO THE USC DEFENDANTS' MOTION TO DISMISS** |

1 | The Court has considered the USC Defendants' *Ex Parte* Application to Strike Plaintiffs' Opposition to the USC Defendants' Motion to Dismiss the Second Amended Complaint, and

**IT IS HEREBY ORDERED** that the USC Defendants' Application be granted; that the Plaintiffs' Opposition (Doc. 56) be stricken; that the USC Defendants' Motion (Doc. 54) be granted; and that this action be dismissed in its entirety and with prejudice as to defendants the University of Southern California, Chief John Thomas, and Does 1–10.

**IT IS SO ORDERED.**

Dated: _____

                                              Hon. Paul L. Abrams
                                      United States Magistrate Judge

101881819.1