**MICHAEL N. FEUER,** City Attorney - SBN 111529x
**THOMAS H. PETERS,** Chief Assistant City Attorney
**CORY M. BRENTE,** Assistant City Attorney
**DENISE C. ZIMMERMAN**, Deputy City Attorney - SBN 191992
denise.zimmerman@lacity.org
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Telephone No.: (213) 978-7032
Facsimile No.:  (213) 978-8785

*Attorneys for Defendants* **CITY OF LOS ANGELES, LOS ANGELES POLICE OFFICERS JOHN CARLYLE, CLIFTON ROSE, SAUL MORAN, BRANDON ROCKETT, RYAN PEAKE, KANE CHIU, JUSTIN WOLFCHIEF, MICHAEL AYALA, OSCAR CORDOBA, BORIS WASHINGTON, GABRIEL BARRIENTOS, and JOSEPH MARX**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYVEN VINSON, an Individual; CHRISTIAN SUTTON an Individual; OLAOLUWA BAYODE, an Individua; DEBBIE RUMBO, an Individual; FRANCES WANG, an Individual, and JASON SNEED, an Individual,<br><br>　　　　　　　　*Plaintiffs,*<br>　vs.<br>CITY OF LOS ANGELES; A Public entity; UNIVERSITY OF SOUTHERN CALIFORNIA, A Private Corporate Entity; LAPD OFFICER CARLYLE; LAPD OFFICER ROSE; LAPD OFFICER MORAN; LAPD OFFICER ROCKETT; LAPD OFFICER PEAKE; LAPD OFFICER CHIU; LAPD OFFICER WOLFCHIEF; LAPD OFFICER AYALA; LAPD OFFICER CORDOBA; LAPD SERGEANT WASHINGTON; LAPD OFFICER BARRIENTOS; LAPD OFFICER MARX; and DOE DEFENDANTS 1-50, Inclusive;<br><br>　　　　　　　　*Defendants.* | Case No.: CV14-4488PLA<br><br>Assigned to: U.S. Magistrate Judge Hon. Paul L. Abrams<br><br>**DEFENDANTS CITY OF LOS ANGELES, LOS ANGELES POLICE OFFICERS JOHN CARLYLE, CLIFTON ROSE, SAUL MORAN, BRANDON ROCKETT, RYAN PEAKE, KANE CHIU, JUSTIN WOLFCHIEF, MICHAEL AYALA, OSCAR CORDOBA, BORIS WASHINGTON, GABRIEL BARRIENTOS, and JOSEPH MARX' STATEMENT OF NON-OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** |

　　　　Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE OFFICERS JOHN CARLYLE, CLIFTON ROSE, SAUL MORAN, BRANDON ROCKETT, RYAN PEAKE, KANE CHIU, JUSTIN WOLFCHIEF, MICHAEL AYALA, OSCAR

CORDOBA, BORIS WASHINGTON, GABRIEL BARRIENTOS, and JOSEPH MARX BRANDON ROCKETT, JUSTIN WOLFCHIEF, MICHAEL AYALA, and GABRIEL BARRIENTOS [hereafter "City Defendants"] hereby declare that they will not oppose the Motion to Withdraw as Counsel for Plaintiffs filed by Raymond P. Boucher and Brian M. Bush (on behalf of Boucher, LLP) and Hermez Moreno (on behalf of the Law Offices of Hermez Moreno).

DATED: March 4, 2015

**MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Supervising Asst. City Attorney
**DENISE C. ZIMMERMAN**, Deputy City Attorney

By: */S/ Denise C. Zimmerman*
**DENISE C. ZIMMERMAN,**
**Deputy City Attorney**

*Attorneys for Defendants* **CITY OF LOS ANGELES, LOS ANGELES POLICE OFFICERS JOHN CARLYLE, CLIFTON ROSE, SAUL MORAN, BRANDON ROCKETT, RYAN PEAKE, KANE CHIU, JUSTIN WOLFCHIEF, MICHAEL AYALA, OSCAR CORDOBA, BORIS WASHINGTON, GABRIEL BARRIENTOS, and JOSEPH MARX**