UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No.  CV 14-4488-PLA                                         Date  March 9, 2015

Title:  Rayven Vinson, et al. v. City of Los Angeles, et al.

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**       **(IN CHAMBERS)**

The Court has reviewed the Motion to Withdraw as Counsel for Plaintiffs, filed on February 24, 2015, by Raymond P. Boucher and Brian M. Bush (on behalf of Boucher, LLP), and Hermez Moreno (on behalf of the Law Offices of Hermez Moreno), and "Plaintiffs['] Response to Co-Counsel Raymond Boucher's Motion to Withdraw as Counsel," submitted on March 4, 2015, by Fred Dorton (on behalf of The DFirm).  In light of the issues raised in these documents, the Court has determined that it would be most efficient to resolve the issue of representation of plaintiffs prior to consideration of the USC defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint.  Accordingly, the hearing on the Motion to Withdraw will remain set for **March 24, 2015, at 10:00 a.m.  The individual plaintiffs shall appear at the hearing**.  In light of the non-oppositions filed by defendants, defendants need not appear at the hearing on the Motion to Withdraw.  The hearing on the Motion to Dismiss is continued to **April 7, 2015, at 9:30 a.m.**

cc:      Counsel of Record

Initials of Deputy Clerk    ch