| | |
|---|---|
| RAYMOND BOUCHER, ESQ., SBN 115364<br>rboucher@kbadvocates.com<br>BRIAN BUSH, ESQ.<br>bbush@kbadvocates.com<br>KHORRAMI BOUCHER, LLP<br>444 S. Flower St., 33rd Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 596-6000<br>Facsimile (213) 596-6010<br><br>Attorney for Plaintiffs<br>RAYVEN VINSON et al | HERMEZ MORENO, ESQ., SBN 72009<br>hmoreno@kbadvocates.com<br>LAW OFFICES OF HERMEZ MORENO, PC<br>444 S. FLOWER St., 33rd Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 596-6000<br>Facsimile (213) 596-6010<br><br>Attorney for Plaintiffs<br>RAYVEN VINSON et al |
| Fred D. Dorton, Jr. (SBN 237121)<br>fred@thedfirm.com<br>THE DFIRM<br>A Professional Law Corporation<br>9701 Wilshire Boulevard, Tenth Floor<br>Beverly Hills, California 90212<br>Telephone: (310) 734-6455<br>Facsimile (310) 734-6211<br><br>Attorney for Plaintiffs<br>RAYVEN VINSON et al | LANCE M. FILER, ESQ., SBN 284189<br>lance@filerpalmer.com<br>FILER-PALMER<br>9701 Wilshire Boulevard, Tenth Floor<br>Beverly Hills, CA 90212<br><br>Attorney for Plaintiff Teremy Jackson |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYVEN VINSON, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>      Defendants. | Case No.: CV14-4488PLA<br><br>[~~PROPOSED~~] ORDER<br><br>DATE:      March 24, 2015<br>TIME:      10:00 AM<br>LOCATION:  312 North Spring Street<br>                   Los Angeles CA 90012<br>                   Courtroom G, 9th Floor<br><br>[Filed concurrently with PLAINTIFFS' RAYVEN VINSON, FRANCES WANG, AND OLAOLUWA BAYODE'S REQUEST FOR TELEPHONIC APPEARANCE] |

    The Court, having considered Plaintiffs' Request For Telephonic Appearance application hereby determines that good cause exists for granting the request and

1 further determines that the Court may allow Plaintiff Rayven Vinson, Plaintiff Frances
2 Wang, and Plaintiff Olaoluwa Bayode to appear telephonically at the hearing on Co-
3 Counsel Raymond Boucher's Motion to Withdraw as Counsel scheduled to take place
4 on Tuesday March 24, 2015 at 10:00 AM.

5     Accordingly, Plaintiffs' request is hereby GRANTED.

7 IT IS SO ORDERED.

9 DATED: March 20, 2015

MAGISTRATE PAUL L. ABRAMS