### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.  CV 14-4488-PLA                                                                 Date  March 24, 2015

**Title: Rayven Vinson, et al. v. City of Los Angeles, et al.**

---

**PRESENT:  THE HONORABLE    PAUL L. ABRAMS**                ☐ U.S. DISTRICT JUDGE
                                                              ☒ MAGISTRATE JUDGE

|   Christianna Howard   |   courtsmart   |   N/A   |
|   Deputy Clerk   |   Court Reporter / Recorder   |   Tape No.   |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**                    **ATTORNEYS PRESENT FOR DEFENDANTS:**
    Brian Bush, Esq.                                            Andrew G. Pappas, Esq.
    Hermez Moreno, Esq.
    Diane L. Karpman, Esq.
    Fred D. Dorton, Jr., Esq.
    Raymond Boucher, Esq. (telephonically)

**PROCEEDINGS:**        **(MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS)**

Court proceeding is **sealed**.  The Court, having considered the pleadings submitted in connection with the Motion to Withdraw as Counsel for Plaintiffs, filed on February 24, 2015, by Raymond P. Boucher and Brian M. Bush (on behalf of Boucher, LLP), and Hermez Moreno (on behalf of the Law Offices of Hermez Moreno), as well as the statements of counsel at the hearing on the Motion on March 24, 2015, hereby **grants** the Motion to Withdraw (Docket No. 68), and orders Raymond P. Boucher and Brian M. Bush (on behalf of Boucher, LLP), and Hermez Moreno (on behalf of the Law Offices of Hermez Moreno) **relieved** from further representation of plaintiffs in this action.  In addition to Fred Dorton, Esq., of The DFirm, **the Khorrami law firm remains counsel of record for all plaintiffs except Teremy Jackson.  No later than the close of business on March 24, 2015, the Khorrami law firm shall file its Notice of Appearance in this action**.

In light of the representations made by current counsel for plaintiffs concerning the circumstances surrounding the preparation of the Second Amended Complaint, and in order to minimize any impact on plaintiffs from the granting of the Motion to Withdraw, the Court **orders**, in the interests of justice, that the Second Amended Complaint (Docket No. 49) be **stricken from the record**, and the pending Motion to Dismiss filed by the USC defendants (Docket No. 54) is **denied without prejudice**.  Plaintiffs shall file their Second Amended Complaint **no later than April 1, 2015**, which must include **all** facts they want the Court to consider in determining the sufficiency of the allegations raised against the USC defendants.  **No further opportunities to amend to add additional facts will be permitted**.

Mr. Boucher and Mr. Dorton are directed to meet at Mr. Boucher's law offices on **Thursday, March 26, 2015**, at 10:00 a.m. to discuss all actions taken by Mr. Boucher, Mr. Bush and Mr. Moreno in this matter. The Court orders Mr. Boucher, Mr. Bush and Mr. Moreno to turn over all relevant litigation files to Mr. Dorton at or prior to that time.

cc: Counsel of Record

: 30

Initials of Deputy Clerk___ch___

CV-90 (10/98)                                    CIVIL  MINUTES  -  GENERAL