**MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney
**RENA M. SHAHANDEH**, Deputy City Attorney - SBN 198072
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
rena.shahandeh@lacity.org
Phone No.: (213) 978-7029
Fax No.: (213) 978-8785

Attorneys for Defendants **CITY OF LOS ANGELES, LAPD OFFICERS MICHAEL AYALA, GABRIEL BARRIENTOS, JOHN CARLYLE, KANE CHIU, OSCAR CORDOBA, JOSEPH MARX, SAUL MORAN, RYAN PEAKE, BRANDON ROCKETT, CLIFTON ROSE, BORIS WASHINGTON and JUSTIN WOLFCHIEF**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYVEN VINSON, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | CASE NO. CV14–4488-PLA <br><br> *Honorable Paul L. Abrams* <br><br> **NOTICE OF PARTIAL SETTLEMENT** <br><br> PTC: May 17, 2016 <br> Trial Date: June 7, 2016 |

**TO THE HONORABLE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff TEREMY JACKSON and Defendants CITY OF LOS ANGELES, LAPD OFFICERS MICHAEL AYALA, GABRIEL BARRIENTOS, JOHN CARLYLE, KANE CHIU, OSCAR CORDOBA, JOSEPH MARX, SAUL MORAN, RYAN PEAKE, BRANDON

1 | ROCKETT, CLIFTON ROSE, BORIS WASHINGTON and JUSTIN WOLFCHIEF

2 | have reached a settlement of all claims by TEREMY JACKSON only in this matter.

3 |
4 | A stipulated request for dismissal with prejudice will follow.

6 | DATED:  May 5, 2016          Respectfully submitted,

8 | **MICHAEL N. FEUER**, City Attorney
    **THOMAS H. PETERS**, Chf Asst.City Atty
9 | **CORY M. BRENTE**, Sup. Asst. City Atty

11 | By   */S/ Rena M. Shahandeh*
          **RENA M. SHAHANDEH**

*Attorneys for Defendants* **CITY OF LOS ANGELES, LAPD OFFICERS MICHAEL AYALA, GABRIEL BARRIENTOS, JOHN CARLYLE, KANE CHIU, OSCAR CORDOBA, JOSEPH MARX, SAUL MORAN, RYAN PEAKE, BRANDON ROCKETT, CLIFTON ROSE, BORIS WASHINGTON and JUSTIN WOLFCHIEF**