**MICHAEL N. FEUER**, City Attorney – SBN 111529x
**THOMAS H. PETERS**, Chief Assistant City Attorney – SBN 163388
**CORY M. BRENTE**, Assistant City Attorney – SBN 115453
**RENA M. SHAHANDEH**, Deputy City Attorney – SBN 198072
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Telephone: (213) 978-7029  Fax: (213) 978-8785
E-mail: rena.shahandeh@lacity.org

Attorneys for Defendants **CITY OF LOS ANGELES, LOS ANGELES POLICE OFFICERS JOHN CARLYLE, BRANDON ROCKETT, RYAN PEAKE, KANE CHIU, JUSTIN WOLFCHIEF, OSCAR CORDOBA, and BORIS WASHINGTON**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYVEN VINSON, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, a Public Entity, *et al.*, <br><br> Defendants. | CASE NO. CV 14-4488PLA <br><br> [PROPOSED] JUDGMENT IN FAVOR OF CITY OF LOS ANGELES AND JUSTIN WOLFCHIEF AND AGAINST TEREMY JACKSON FOLLOWING JURY VERDICT |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD THEREIN:**

This action came on regularly for trial on June 7, 2016 in Courtroom 12 of the United States District Court for the Central District of California before the Honorable Paul L. Abrams, United States District Court Judge. Plaintiffs RAYVEN VINSON, CHRISTIAN SUTTON, OLAOLUWA BAYODE, DEBBIE RUMBO, FRANCES WANG, and JASON SNEED were represented by Fred Dorton,

1

Esq.  Plaintiff TEREMY JACKSON was represented by Lance Filer, Esq.  Defendants, CITY OF LOS ANGELES, JOHN CARLYLE, BRANDON ROCKETT, RYAN PEAKE, KANE CHIU, JUSTIN WOLFCHIEF, OSCAR CORDOBA, and BORIS WASHINGTON were represented by Deputy City Attorney Rena M. Shahandeh and Deputy City Attorney Elizabeth Fitzgerald.

A jury of eight (8) persons was regularly empaneled and sworn.  Witnesses were sworn and testified and documentary evidence was introduced and admitted into evidence in Phase I of the trial (individual liability and compensatory damages).  After hearing all evidence and arguments of counsel, the jury was duly instructed by the Court as to all counts against the individual defendants, and the cause was submitted to the jury with directions to return a verdict on the issues, if after proper deliberations, they could do so.  The jury deliberated and thereafter returned to the court with a unanimous verdict.

Following the jury verdict in Phase I of the trial, but before commencement of Phase II (*Monell* liability and punitive damages), on June 17, 2016, Defendant CITY OF LOS ANGELES entered into a settlement, subject to City Council approval, with Plaintiffs RAYVEN VINSON, CHRISTIAN SUTTON, OLAOLUWA BAYODE, DEBBIE RUMBO, FRANCES WANG, and JASON SNEED.  All claims by the settling Plaintiffs will be dismissed with prejudice upon completion of the settlement.  Plaintiff TEREMY JACKSON was not a party to the settlement, and because he did not prevail on any claims in Phase I, there was no need for a jury to determine any issues in Phase II.

The jury verdict with respect to Plaintiff TEREMY JACKSON was as follows:

**JURY VERDICT**

We, the jury, find as follows:

**QUESTION NO. 4:** Do you find by a preponderance of the evidence that Officer Justin Wolfchief used excessive force against Teremy Jackson?

*(Check "Yes" or "No")*

    \_\_\_ Yes    _X_ No

**QUESTION NO. 8:** Do you find by a preponderance of the evidence that Officer Justin Wolfchief arrested Teremy Jackson without probable cause?

*(Check "Yes" or "No")*

    \_\_\_ Yes    _X_ No

**QUESTION NO. 12:** Do you find by a preponderance of the evidence that Officer Justin Wolfchief intentionally or purposefully discriminated against Teremy Jackson based on his race?

*(Check "Yes" or "No")*

    \_\_\_ Yes    _X_ No

**QUESTION NO. 19:** Do you find by a preponderance of the evidence that Officer Justin Wolfchief caused Teremy Jackson to suffer severe emotional distress by committing outrageous conduct with intent to inflict emotional distress on Teremy Jackson?

*(Check "Yes" or "No")*

    \_\_\_ Yes    _X_ No

**QUESTION NO. 24**:  Do you find by a preponderance of the evidence that Officer Justin Wolfchief committed a battery on Teremy Jackson?

*(Check "Yes" or "No")*

                     ___ Yes     _X_ No

*Please date and sign this form and return it to the jury attendant.*

Dated:  __June 16, 2016_____        Signed:  _____/S/_____

                                                           Jury Foreperson

**JUDGMENT**

      THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

      1.    That judgment be, and hereby is, entered in favor of the Defendants CITY OF LOS ANGELES and JUSTIN WOLFCHIEF against Plaintiff TEREMY JACKSON;

      2.    That Plaintiff TEREMY JACKSON shall take nothing;

      3.    That Defendants CITY OF LOS ANGELES and JUSTIN WOLFCHIEF recover their costs of suit herein.

DATED:  _7/18/16_____        _____

                                  HONORABLE PAUL L. ABRAMS
                                  UNITED STATES DISTRICT COURT JUDGE