1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYVEN VINSON, an Individual; CHRISTIAN SUTTON, an Individual; OLAOLUWA BAYODE, an Individual; DEBBIE RUMBO, an Individual; FRANCES WANG, an Individual; JASON SNEED, an Individual; and TEREMY JACKSON, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a Public Entity; UNIVERSITY OF SOUTHERN CALIFORNIA, a Private Corporate Entity; CHIEF JOHN THOMAS, in his individual and official capacity as Chief of USC Department of Public Safety; LAPD OFFICER CARLYLE; LAPD OFFICER ROSE; LAPD OFFICER MORAN; LAPD OFFICER ROCKETT; LAPD OFFICER PEAKE; LAPD OFFICER CHIU; LAPD OFFICER WOLFCHIEF; LAPD OFFICER AYALA; LAPD OFFICER CORDOBA; LAPD SERGEANT WASHINGTON; LAPD OFFICER BARRIENTOS; LAPD OFFICER MARX; and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO. 14-4488-PLA<br><br>**JUDGMENT** |

Gibson, Dunn & Crutcher LLP

[PROPOSED] JUDGMENT

On March 7, 2016, the Court entered an order (1) granting the University of Southern California and Chief John Thomas's Motion for Summary Judgment, and (2) dismissing plaintiffs Rayven Vinson, Christian Sutton, Olaoluwa Bayode, Debbie Rumbo, Frances Wang, Jason Sneed, and Teremy Jackson's remaining causes of action against USC and Chief Thomas with prejudice.  (Doc. No. 114).

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of defendants USC and Chief Thomas, that Plaintiffs take nothing, and that USC and Chief Thomas recover their costs.

Dated: August 31, 2016

*[signature: Paul L. Abrams]*

Hon. Paul L. Abrams
United States Magistrate Judge